United States Bankruptcy Court

District of Arizona

In re:                                                          Case No. 26-01606-MCW

DIANE MARIE ORTEGA                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                     User: admin                          Page 1 of 4

Date Rcvd: Mar 03, 2026                  Form ID: 309A                        Total Noticed: 71

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DIANE MARIE ORTEGA, 10248 E. ALPHA AVE, MESA, AZ 85212-8791 |
| 18072608 | + | 10-1 Public Relations, 7975 Hayden Road, Suite C300, Scottsdale AZ 85258-3247 |
| 18072612 | + | Anderson Kreiger LLP, 50 Milk Street, 21st Floor, Boston MA 02109-5013 |
| 18072613 | + | Anthony Gerald Smith, 8614 E. Monterosa St, Scottsdale AZ 85251-2949 |
| 18072618 | + | Belinda Smith, 8614 E. Monterosa St, Scottsdale AZ 85251-2949 |
| 18072619 | | Blue Cross Blue Shield of Arizona, P.O. Box 13466, Phoenix AZ 85002-3466 |
| 18072626 | + | CWRP 8454 N. 90th MOB Owner LLC, 30021 Tomas Road, #130, Rancho Santa Margarita CA 92688-2128 |
| 18072620 | + | Calleigh Aguilar, 5619 W. Huntington Dr, Laveen AZ 85339-5151 |
| 18072629 | + | Dignity Health AZ General Hospital, P.O. Box 743848, Los Angeles CA 90074-3848 |
| 18072630 | + | Eastmark Residential Assoc., c/o Cohere Life, 18001 N. 79th Ave., #C56, Glendale AZ 85308-8394 |
| 18072633 | | Global Credit Union fka Alaska USA FCU, P.O. Box 196613, Anchorage AK 99519-6613 |
| 18072636 | | Image First, 9000 E. 8th Avenue, Suite 200, King of Prussia PA 19406 |
| 18072637 | + | Isabelle Guillou, 4202 E. Broadway Road, #87, Mesa AZ 85206-1062 |
| 18072638 | + | Jeremy Mark Hodder, 3414 N. 63rd Place, Scottsdale AZ 85251-5436 |
| 18072639 | + | Kelsey Faux and Tyson Arnold, 36045 W. San Sisto Ave, Maricopa AZ 85138-3616 |
| 18072640 | + | Mana Muhajir, 3029 N. 37th Way, Phoenix AZ 85018-4084 |
| 18072641 | + | Mani Tehranchi, 650 W. Maryland, Phoenix AZ 85013-1399 |
| 18072642 | + | Molly Gardner, 6338 E. Ivy Street, Mesa AZ 85205-3650 |
| 18072644 | + | Nicole Amador, 1302 W. Roosevelt St., Phoenix AZ 85007-2110 |
| 18072645 | + | Nikki & David Quarles and Ziggy Quarles, 3713 E. Forge Circle, Mesa AZ 85206-2523 |
| 18072646 | | Nordstrom Bank/Nordstrom Card Services, c/o Bankruptcy Department, 3531 E. Caley Ave, Englewood CO 80111 |
| 18072651 | | Optum Phx, c/o United Healthcare Services, Inc., P.O. Box 736187, Chicago IL 60673-6187 |
| 18072650 | + | Optum Phx, 15458 N. 28th Ave, Phoenix AZ 85053-4062 |
| 18072652 | + | Pathfinder TRF P LLC, and RRS & Company, 21 East 6th Street, Suite 706, Tempe AZ 85281-3694 |
| 18072655 | + | Rachel Doster, 3839 E. Glenhaven Drive, Phoenix AZ 85048-7906 |
| 18072656 | | Revvite, 250 Intestacy Drive, Pittsburgh PA 15272 |
| 18072657 | + | Rex Industries 1, LLC, 6451 N. Tierra Catalinas, 64, Tucson AZ 85718-2162 |
| 18072658 | + | Shara, Garret & Jericho Hartle, 1960 W. Keating Ave, Apt. 525, Mesa AZ 85202-7096 |
| 18072659 | + | Sonora Quest Laboratories, LLC, 424 S. 56th Street, Suite 100, Phoenix AZ 85034-2177 |
| 18072660 | + | Stuart P. Milne, PLLC, 3022 N. Glenview, Mesa AZ 85213-1911 |
| 18072662 | + | Unique Funding Solutions LLC, 4600 Sheridan St., Suite 301A, Hollywood FL 33021-3409 |
| 18072665 | + | V V Mercy, LLC, c/o Diversified Partners, 7500 E. McDonald Drive, #100A, Scottsdale AZ 85250-6056 |
| 18072667 | + | Willow AZ-Central Birth Center LLC, 2045 S. Vineyard, #136, Mesa AZ 85210-6891 |
| 18072670 | + | Willow Midwife Center for Birth and, Wellness AZ Central, LLC, 51 E. Monterey Way, Phoenix AZ 85012-2616 |
| 18072671 | + | Willow Midwife Center for Birth and, Wellness AZ Mercey Center, LLC, 2045 S. Vineyard Ave., #2, Mesa AZ 85210-6889 |
| 18072668 | + | Willow Midwife Center for Birth and, Wellness AZ, LLC, 2045 S. Vineyard Ave, #2E, Mesa AZ 85210-6889 |
| 18072669 | + | Willow Midwife Center for Birth and, Wellness, LLC, 2045 S. Vineyard Ave, #2E, Mesa AZ 85210-6889 |
| 18072672 | | Willow Rebloom AZ LLC, 2045 S. Vineyard, Suite 2E, Chugwater WY 82210 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Mar 03 2026 22:55:00 | JOSEPHINE 1 SALMON, Aldridge Pite, LLP, 3333 Camino del Rio South, Ste 225, San Diego, CA 92108-3808 |
| aty | Email/Text: mjones@bkfirmaz.com | Mar 03 2026 22:55:00 | MICHAEL A. JONES, Allen, Jones & Giles, PLC, 1850 N. Central Avenue, Suite 1025, Phoenix, AZ 85004 |
| tr | + EDI: BMWWEIGLE | Mar 04 2026 03:53:00 | MISTY WEIGLE, MISTY WEIGLE, P.O. BOX 1270, HIGLEY, AZ 85236-1270 |
| smg | EDI: AZDEPREV.COM | Mar 04 2026 03:53:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | Mar 03 2026 22:55:00 | Cenlar FSB, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| 18072615 | Email/Text: bankruptcy@ascentiumcapital.com | Mar 03 2026 22:55:00 | Ascentium Capital, 23970 Highway 59 N, Kingwood TX 77339-1535 |
| 18072610 | Email/PDF: bncnotices@becket-lee.com | Mar 03 2026 23:02:07 | American Express, P.O. Box 60189, City of Industry CA 91716-0189 |
| 18072609 | Email/PDF: bncnotices@becket-lee.com | Mar 03 2026 23:02:22 | American Express, P.O. Box 297879, Fort Lauderdale FL 33329-7879 |
| 18072611 | Email/PDF: bncnotices@becket-lee.com | Mar 03 2026 23:02:14 | American Express Business, P.O. Box 981535, El Paso TX 79998-1535 |
| 18072614 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 03 2026 22:55:00 | Apple Credit Card/Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia PA 19170-6112 |
| 18072616 | + Email/Text: bankruptcy@bhg-inc.com | Mar 03 2026 22:55:00 | Bankers Healthcare Group/CCMR#, 318 S. Clinton St., Suites 400 & 500, Syracuse NY 13202-1110 |
| 18072617 | EDI: TSYS2 | Mar 04 2026 03:53:00 | Barclays Card Services, P.O. Box 8802, Wilmington DE 19899-8802 |
| 18072621 | EDI: CAPITALONE.COM | Mar 04 2026 03:53:00 | Capital One, P.O. Box 60599, City of Industry CA 91716-0599 |
| 18070156 | + Email/Text: ecfbnc@aldridgepite.com | Mar 03 2026 22:55:00 | Cenlar FSB, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 18072622 | EDI: JPMORGANCHASE | Mar 04 2026 03:53:00 | Chase, P.O. Box 15298, Wilmington DE 19850-5298 |
| 18072623 | EDI: CITICORP | Mar 04 2026 03:53:00 | Citibank, P.O. Box 6241, Sioux Falls SD 57117-6241 |
| 18072624 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2026 23:02:06 | Credit One, P.O. Box 98875, Las Vegas NV 89193-8875 |
| 18072625 | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2026 23:02:07 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 18072627 | Email/Text: gadi@dieselfunding.com | Mar 03 2026 22:56:00 | Diesel Funding LLC, 633 NE 167th St, Miami FL 33162 |
| 18072628 | ^ MEBN | Mar 03 2026 22:55:23 | Dignity Health Arizona General Hospital, P.O. Box 10070, Prescott AZ 86304-0070 |
| 18072631 | + Email/Text: steve@foxbusinessfunding.com | Mar 03 2026 22:56:00 | Fox Funding Group LLC, 803 S 21st Ave, Hollywood FL 33020-6962 |
| 18072632 | Email/Text: SC_Enforcement_Bankr@globalcu.org | Mar 03 2026 22:55:00 | Global Credit Union, 4000 Credit Union Drive, Anchorage AK 99503 |
| 18072634 | + Email/Text: bankruptcy@ondeck.com | Mar 03 2026 22:56:00 | Headway Capital, LLC, 4700 W. Daybreak |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Parkway, Suite 200, South Jordan UT 84009-5133 |
| 18072635 | + EDI: CITICORP | Mar 04 2026 03:53:00 | Home Depot/Citibank, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 18072643 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 03 2026 22:56:00 | Nelnet, P.O. Box 82561, Lincoln NE 68501-2561 |
| 18072647 | EDI: TDBANKNORTH.COM | Mar 04 2026 03:53:00 | Nordstrom Card Services, P.O. Box 100135, Columbia SC 29202-3135 |
| 18072648 | EDI: TSYS2 | Mar 04 2026 03:53:00 | Old Navy/Barclays Bank, P.O. Box 60517, City of Industry CA 91716-0517 |
| 18072649 | + Email/Text: bankruptcy@ondeck.com | Mar 03 2026 22:56:00 | Ondeck Capital, LLC, 4700 W. Daybreak Parkway, Suite 200, South Jordan UT 84009-5133 |
| 18072653 | + EDI: SYNC | Mar 04 2026 03:53:00 | PayPal/Synchrony Bank, P.O. Box 71707, Philadelphia PA 19176-1707 |
| 18072654 | ^ MEBN | Mar 03 2026 22:55:09 | Phoenix Children's Hospital, Box 743421, Los Angeles CA 90074-3421 |
| 18072663 | EDI: USBANKARS.COM | Mar 04 2026 03:53:00 | US Bank, P.O. Box 790084, Saint Louis MO 63179 |
| 18072664 | + Email/Text: bankruptcynotices@sba.gov | Mar 03 2026 22:56:00 | US Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Road, Fort Worth TX 76155-2243 |
| 18072666 | EDI: WFFC | Mar 04 2026 03:53:00 | Wells Fargo Bank, P.O. Box 51963, Los Angeles CA 90051-6263 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18072661 | ## | Tesla Finance LLC, P.O. Box 4387, Portland OR 97208-4387 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPHINE 1 SALMON | on behalf of Creditor Cenlar FSB ecfazb@aldridgepite.com  jes@ecf.courtdrive.com |
| MICHAEL A. JONES |  |

on behalf of Debtor DIANE MARIE ORTEGA mjones@bkfirmaz.com
mvasquez@bkfirmaz.com,mmorgan@bkfirmaz.com,givey@bkfirmaz.com,sgomez@bkfirmaz.com,ageiler@bkfirmaz.com,mhildreth@bkfirmaz.com

MISTY WEIGLE

    trustee@weiglelawfirm.com  AZ12@ecfcbis.com

U.S. TRUSTEE

    USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 4

Debtor 1: **DIANE MARIE ORTEGA**

First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court:    District of Arizona

Case number:    2:26–bk–01606–MCW

Social Security number or ITIN:    xxx–xx–1458

EIN:    _ _–_ _ _ _ _ _ _

Social Security number or ITIN:    _ _ _ _

EIN:    _ _–_ _ _ _ _ _ _

Date case filed for chapter:    7    2/23/26

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | DIANE MARIE ORTEGA | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10248 E. ALPHA AVE<br>MESA, AZ 85212 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. JONES<br>Allen, Jones & Giles, PLC<br>1850 N. Central Avenue<br>Suite 1025<br>Phoenix, AZ 85004 | Contact phone 602–256–6000<br>Email: mjones@bkfirmaz.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MISTY WEIGLE<br>MISTY WEIGLE<br>P.O. BOX 1270<br>HIGLEY, AZ 85236 | Contact phone 480–571–3178<br>Email: trustee@weiglelawfirm.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | **U.S. Bankruptcy Court, Arizona** <br> **230 North First Avenue, Suite 101** <br> **Phoenix, AZ 85003–1727** | Office Hours: <br> 8:30 am – 4:00 pm Monday–Friday <br><br> Contact Phone: (602) 682–4000 <br> Date: 3/3/26 |
|---|---|---|---|

Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov.

| 7. | **Meeting of creditors** | **March 30, 2026 at 09:30 AM** | Location: |
|---|---|---|---|

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 882 591 6266, and Passcode 8120205568, OR call 1–602–830–8664**

**For additional meeting information go to https://www.justice.gov/ust/moc**

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/29/26** |
|---|---|---|---|

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|

Please do not file a proof of claim unless you receive a notice to do so.

Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.**

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Case 2:26-bk-01606-MCW    Doc 12    Filed 03/03/26    Entered 03/05/26 22:41:26    Desc
Imaged Certificate of Notice    Page 6 of 6